**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                                    ) Case No. 26-21590 - C - 13
Kiran Sanwal,                            ) Docket Control No. LCE-1
                    Debtor.              ) Document No. 8
                                         ) Date: 04/21/2026
                                         ) Time: 11:00 AM
_____  ) Dept: C

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil
Minutes for the hearing.

    The Motion to Dismiss having been presented to the court,
and upon review of the pleadings, evidence, arguments of counsel,
and good cause appearing,

    **IT IS ORDERED** that the Motion is denied as moot.

Dated: April 27, 2026

_____
United States Bankruptcy Judge

[8] - Motion/Application to Dismiss Case [LCE-1] Filed by Creditor LC Equity Group, Inc. (rors)